John M. Toriello
Patrick J. Sweeney
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Telephone (212) 513-3200
Facsimile (212) 385-9010

*Counsel to Home Loan and Investment Bank, F.S.B., f/k/a Ocean Bank, F.S.B.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| HOME LOAN AND INVESTMENT BANK, F.S.B., f/k/a OCEAN BANK, F.S.B. | : |
| | : Civil Action No.09cv3088 |
| Plaintiff, | : |
| v. | : |
| LAUDAY, INC., DESTINY3 INC., ANDREA TORRUELLAS, THE STATE OF NEW YORK, THE CITY OF NEW YORK, ARETHA BARRETT, COMMUNITY NATIONAL BANK and JOHN DOE Nos. 1-100 | **NOTATION OF DEFAULT** |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    I, Robert C. Heinemann, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants Lauday, Inc., Destiny3 Inc., Andrea Torruellas, the State of New York and Community National Bank have not filed an answer or otherwise moved with respect to the Amended Complaint herein.  The default of defendants Lauday, Inc., Destiny3 Inc., Andrea Torruellas, the State of New York and Community National Bank is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    Dated: Brooklyn, New York
          _____, 2009                  ROBERT C. HEINEMANN
                                                     Clerk of Court

                                                     By: _____
                                                             Deputy Clerk