UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOME LOAN AND INVESTMENT BANK, F.S.B. f/k/a OCEAN BANK, F.S.B., <br><br> *Plaintiff,* <br> -against- <br><br> LAUDAY, INC., DESTINY3 INC., ANDREA TORRUELLAS, THE STATE OF NEW YORK, THE CITY OF NEW YORK, ARETHA BARRETT, ARETHA BARRETT REALTY CORP., MATTHEW BARRETT R.S. SAUNDERS FUNERAL HOME, INC., COMMUNITY NATIONAL BANK, AND JOHN DOE NOS. 1-100, <br><br> *Defendants.* | 09cv3088 (ERK) <br><br><br> **CONSENT TO CHANGE ATTORNEYS** |

**IT IS HEREBY CONSENTED** that ADAM LEITMAN BAILEY, P.C., 120 Broadway, 17th Floor, New York, New York, 10271, be substituted as attorneys of record for Plaintiff HOME LOAN AND INVESTMENT BANK, F.S.B. f/k/a OCEAN BANK, F.S.B. ("HOME LOAN") in the above entitled action in place and stead of the undersigned outgoing attorneys as of the date hereof.

Facsimile (fax) signatures herein shall be deemed originals for the purpose of this document and shall have the same force and effect as an original signature.

This document may be executed in counterparts.

Dated: New York, New York
       June 29, 2010

Holland & Knight
*Outgoing Counsel for Plaintiff*

By: _____
Patrick J. Sweeney, Esq. (    )
31 West 52nd Street
New York, New York 10019
Tel: 212.513.3547
Fax: 212.385.9010
Email: patrick.sweeney@hklaw.com

Adam Leitman Bailey, P.C.
*Incoming Counsel for Plaintiff*

By: _____
Jackie Halpern, Esq. (JH0530)
120 Broadway, 17th Floor
New York, New York 10016
Tel: 212.825.0365    ) not for service
Fax: 212.825.0999    ) of papers
Email: jhalpern@alblawfirm.com )

HOME LOAN AND INVESTMENT BANK, F.S.B. f/k/a OCEAN BANK, F.S.B.
By: _____
By (print name and title): PETER LACHAPELLE, COO

TO:

Richard E. Hershenson, Esq.
*Counsel for Defendants Aretha Barrett,*
*Aretha Barrett Realty Corp., &*
*Matthew Barrett R.S. Saunders Funeral Home, Inc.*
30 Broad Street, 15th Floor
New York, New York 10004
Tel: 212.754.1053
Fax: 212.269.0255
Email: rhershenson@msn.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HOME LOAN AND INVESTMENT BANK, F.S.B. f/k/a OCEAN BANK, F.S.B.,

*Plaintiff,*

-against-

Lauday, Inc., Destiny3 Inc., Andrea Torruellas, The State of New York, The City of New York, Aretha Barrett, Aretha Barrett Realty Corp., Matthew Barrett R.S. Saunders Funeral Home, Inc., Community National Bank, and John Doe Nos. 1-100,

*Defendants.*

---

09cv3088 (ERK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

Elissa Greenfield, being duly sworn deposes and says:

1. I am not a party to this action, am over eighteen (18) years of age, and have a business address at 120 Broadway, 17th Floor, New York, NY 10271.

2. On July 14, 2010 I served the within:

**CONSENT TO CHANGE ATTORNEYS**

upon:

Richard E. Hershenson, Esq.
30 Broad Street, 15th Floor
New York, New York 10004
Tel: 212.754.1053

by enclosing a copy of same in a postage-paid wrapper properly addressed to the recipient and depositing the wrapper in an official depository within the exclusive care and custody of the

United States Postal Service within the City, County, and the State of New York by First Class mail.

_Elissa Greenfield_
Elissa Greenfield

Sworn to before me this
14th day of July, 2010

_[signature]_
Notary Public

JEANETTE RIVERA-SOTO
Commissioner of Deeds
City of New York   No. 2 10039
Certificate Filed in New York County
Commission Expires October 1, 20_10_

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HOME LOAN AND INVESTMENT BANK, F.S.B.
f/k/a OCEAN BANK, F.S.B.,

            *Plaintiff,*
-against-

Lauday, Inc., Destiny3 Inc., Andrea Torruellas, The State of New York, The City of New York, Aretha Barrett, Aretha Barrett Realty Corp., Matthew Barrett R.S. Saunders Funeral Home, Inc., Community National Bank, and John Doe Nos. 1-100,

            *Defendants.*

09cv3088 (ERK)

**CONSENT TO CHANGE ATTORNEYS**

ADAM LEITMAN BAILEY, P.C.
*Incoming Counsel for Plaintiff Home Loan*
120 Broadway, 17th Floor
New York, New York 10271
212.825.0365